

August 7, 2023

#BWCDMPG
#23974673# BK
US Bankruptcy Court
Northern District of Georgia
Richard B. Rusell Federal Building & U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE:   Gina R. Matias
      Case #19-50098
      Claim #6

Dear Sir or Madam:

On January 29, 2019, Proof of Claim #6 was filed in the amount of $7,805.18.  Please accept this letter as a formal notice that this claim has now been satisfied. No further funds are due on this claim.

Ascendium Education Solutions, Inc. is the successor in interest to Great Lakes Higher Education Corporation, Northwest Education Loan Association and United Student Aid Funds.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org