November 30, 2023

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

IN THE MATTER OF:
GINA MATIAS
CASE No. : 19-50098
Claim No. 22

Satisfaction of Claim number 22 filed by
US Department of Education

To Whom It May Concern:

Creditor US Department of Education hereby declares Claim No. 22 filed in the amount of $341,280.03 to be satisfied. The loans in the claim have been consolidated, and the resulting loan is post-petition. No further payments are needed.

Respectfully Submitted,

/s/ David Kim_____

David Kim
Bankruptcy Specialist, Claims
David.Kim@nelnet.net

US Department of Education c/o Nelnet
121 South 13th St
Lincoln, NE 68508
402.458.2774

 fb.com/Nelnet    |     @Nelnet    |    P.O. Box 82561    |    Lincoln, NE 68501    |    p  888.486.4722    |    f  877.402.5816    |    Help@Nelnet.net    |    Nelnet.com